UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUHAMMAD MILHOUSE,<br><br>                    Plaintiff,<br><br>          -against-<br><br>MORGAN AND MORGAN, P.A.; MS. KATHLEEN BEATTY; TARA CRUZ; TARIQ SHURY; and JOHN DOE/JANE DOE,<br><br>                    Defendants. | 23-CV-7016 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 18, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 18, 2024
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge