UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mr. Muhammad E. Milhouse

pro se.

Write the full name of each plaintiff or petitioner.

Case No. 23 CV 07016

-against-

Morgan and Morgan New York, PLLC.

Write the full name of each defendant or respondent.

NOTICE OF MOTION

**MEMO ENDORSED**

PLEASE TAKE NOTICE that _Plaintiff_ (plaintiff or defendant) _Mr. Muhammad Milhouse_ name of party who is making the motion

requests that the Court: this motion is for a Default Judgement against morgan and morgan New york PLLC according to Rule 4 For Violation a court order Dated 10-24-2024 Please see the Attached court order. I am asking that the court Grant my full Relief.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☒ the following additional documents: Court order Dated 10-24-2024

12-2-2024
Dated

Mr. MC Milhouse
Signature

Mr. Muhammad E. Milhouse
Name

N/A
Prison Identification # (if incarcerated)

123 East 15th Street
Address

N.Y.
City

N.Y.
State

10003
Zip Code

929-312-8619
Telephone Number (if available)

Rosefieldgz@yahoo.com
E-mail Address (if available)

SDNY Rev: 5/24/2016

The Court is in receipt of Plaintiff's motion for default judgment. (Dkt. #26, 27). Plaintiff's motion is hereby DENIED without prejudice to renew.

Plaintiff's motion is based on Defendants' failure to respond to the Complaint. (Dkt. #27). However, as the Court explained in its October 18, 2024 Order, while the U.S. Marshals Service will effectuate service, the U.S. Marshals have "90 days after the date of any summonses issued" to do so. (Dkt. #23 1 n.1). Here, the summons was issued on October 24, 2024. (Dkt. #24). The U.S. Marshals thus have until January 22, 2025, to serve this summons on Defendants. Then, Defendants will have 21 days to respond to the Complaint. Because Defendants have not yet been served, their time to respond to the Complaint has not yet expired and Plaintiff's motion is premature.

Plaintiff is reminded that if the Complaint is not served within 90 days after the date the summons was issued (which was October 24, 2024), Plaintiff should request an extension of time for service. (Dkt. #23 at 2 (citing *Meilleur* v. *Strong*, 682 F.3d 56, 63 (2d Cir. 2012)).

The Clerk of Court is directed to terminate the pending motion at docket entry 26.

Dated:    December 11, 2024           SO ORDERED.
          New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE