UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Mr. Muhammad Milhouse

Plaintiff(s),

- against -

Morgan and Morgan PA
Morgan and Morgan N.Y. PLLC
Defendant(s),
-----------------------------------------------------------X

23 Civ. 07016 KPF

**CLERK'S CERTIFICATE OF DEFAULT**

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 8-9-2023 with the filing of a summons and complaint, a copy of the summons and Amended complaint Filed on 8-16-2024 complaint was served on defendant(s) Morgan and Morgan N.Y. PLLC by personally serving DOJ United States Marshals Services and proof of service was therefore filed on 12-30-2024, Doc. #(s) 29.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

_____, 20 25

TAMMI M. HELLWIG
Clerk of Court

By: _____
Deputy Clerk

SDNY Web 3/2015