UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUHAMMAD MILHOUSE,<br><br>                              Plaintiff,<br><br>              -v.-<br><br>MORGAN & MORGAN PLLC and<br>MORGAN AND MORGAN P.A.,<br><br>                              Defendants. | 23 Civ. 7016 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

This Order memorializes certain Court rulings made during the initial pretrial conference held telephonically on August 21, 2025. To begin, for the reasons it set forth on the record during the conference, the Court directs the Clerk of Court to VACATE the certificate of default issued on February 3, 2025. (Dkt. #37). For the same reasons, the Court DENIES Plaintiff's motions for default judgment and for rejection of defense counsel's appearance in this case, and the Clerk of Court is accordingly directed to terminate the motions pending at docket entries 38, 40, and 45.

The Court grants Defendants leave to file a motion to dismiss the Amended Complaint (Dkt. #20), the operative pleading in this matter, for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1), without waiving any rights Defendants may have to move to dismiss under other subsections of Rule 12(b). Specifically, the Court ORDERS the following briefing schedule:

- Defendants' submissions in support of its motion to dismiss are to be filed on or before **September 12, 2025**;

- Plaintiff's submission in opposition are to be filed on or before **October 31, 2025**; and

- Defendants' reply submissions are to be filed on or before **November 14, 2025**.

Defendants are reminded to mail or transmit to Plaintiff copies of any authorities cited in their submissions. The Court will stay the parties' discovery obligations in this matter until after the motion is resolved.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff at his address of record.

SO ORDERED.

Dated:  August 21, 2025
        New York, New York

                                    _____
                                    KATHERINE POLK FAILLA
                                    United States District Judge

2