UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mr. Muhammad Milhouse

(List the full name(s) of the plaintiff(s)/petitioner(s).)

23 CV 07016 (KPF)( )

MEMO ENDORSED

-against-

Morgan and Morgan PA
Morgan and Morgan PA NY PLLC

(List the full name(s) of the defendant(s)/respondent(s).)

MOTION FOR EXTENSION
OF TIME TO FILE NOTICE
OF APPEAL

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 8-21-25 but did not file a notice of appeal within the required time period because:

pursuant to Rule 4 appeal as of right when taken(a) appeal in a civil case, more importantly my health is very serious elm.en and

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: 9-26-2025

Signature: Mr. Muhammad Milhouse

Name (Last, First, MI): Milhouse Muhammad Elmanson

Address: 123 E 15th Street  City: N.Y  State: N.Y  Zip Code: 10003

Telephone Number: 929-372-8619

E-mail Address (if available): Rosefieldqz@yahoo.com

Rev. 3/27/15

On August 21, 2025, the Court issued an order that, *inter alia*, denied Plaintiff's motion for default judgment. (Dkt. #48). Now, Plaintiff seeks to file an interlocutory appeal of that Order. (*See* Dkt. #51). His time to file a notice of appeal under Federal Rule of Civil Procedure 4 has already lapsed. *See* Fed. R. Civ. P. 4(a)(1)(A). Therefore, to be able to file his appeal, Plaintiff moves the Court to grant him an extension in his time to file a notice of appeal. (Dkt. #50).

Plaintiff's motion is hereby DENIED. The Court denies Plaintiff's motions not because he lacks good cause for missing the original deadline, but rather because he seeks to file an improper appeal. The Court's August 21, 2025 Order is not an appealable final order under 28 U.S.C. § 1291. *See, e.g.*, *Smart Study Co., Ltd.* v. *HAPPY PARTY-001*, No. 22-1810-cv, 2023 WL 3220461, at *3 (2d Cir. May 3, 2023) (summary order)(holding that a denial of default judgment is not a final appealable order); *Prince* v. *Ethiopian Airlines*, 646 F. App'x 45, 47 (2d Cir. 2016)(summary order) (same); *Jackson* v. *New York*, 289 F. App'x 434, 435-36 (2d Cir. 2008) (same). Furthermore, the August 21, 2025 Order is not the type of order that 28 U.S.C. § 1292 allows him to challenge in an interlocutory appeal. Therefore, the Court denies Plaintiff's request for an extension in his time to appeal the August 21, 2025 Order because the Order would not be appealable even if Plaintiff filed a timely notice of appeal.

The Clerk of Court is directed to terminate the pending motion at docket entry 50. Further, the Clerk of Court is directed to mail a copy of this Order to Plaintiff at his address of record.

Dated:     September 30, 2025              SO ORDERED.
           New York, New York

                                           *Katherine Polk Failla*

                                           HON. KATHERINE POLK FAILLA
                                           UNITED STATES DISTRICT JUDGE