UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUHAMMAD MILHOUSE,<br><br>       Plaintiff,<br><br>    -v.-<br><br>MORGAN & MORGAN PLLC and<br>MORGAN AND MORGAN P.A.,<br><br>       Defendants. | 23 Civ. 7016 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  On August 21, 2025, the Court issued an Order in this case setting a briefing schedule regarding Defendants' motion to dismiss Plaintiff's Amended Complaint for lack of subject matter jurisdiction. (Dkt. #48). Based on that briefing schedule, Defendants' motion to dismiss was due on or before September 12, 2025, Plaintiff's opposition was due on or before October 31, 2025, and Defendants' reply was due on or before November 14, 2025. (*Id.*)

  Defendants timely filed their motion to dismiss. (Dkt. #49). But Plaintiff has still not filed his opposition or requested an extension. Given that Plaintiff's opposition to Defendants' motion to dismiss is three weeks late, the Court will grant Plaintiff one more chance to file. The new deadline for Plaintiff to file his opposition is **December 5, 2025**. If Plaintiff files his opposition by that date, Defendants' reply will be due **December 19, 2025**. If Plaintiff does not file his opposition by that date, the Court will consider Defendants' motion unopposed.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff at his address of record.

SO ORDERED.

Dated: November 20, 2025
New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge