**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MUHAMMAD MILHOUSE,

                              Plaintiff,

          -against-                                    23 **CIVIL** 7016 (KPF)

                                                       **JUDGMENT**

MORGAN AND MORGAN P.A. and MORGAN
AND MORGAN NEW YORK, PLLC,

                              Defendants.
-----------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated December 12, 2025, Defendants' motion to

dismiss this case for lack of subject matter jurisdiction is GRANTED; accordingly, the case is

closed.

**Dated:** New York, New York

          December 15, 2025

                                             **TAMMI M. HELLWIG**
                                        _____
                                                 **Clerk of Court**


                              **BY:**  _____
                                                 **Deputy Clerk**